*W. B. Gibbs, solicitor,* contra.

---

## 15571.    LONG *v.* THE STATE.

BROYLES, C. J.    The motion for a new trial contained the usual general grounds only, and the verdict was authorized by the evidence.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 10, 1924.

Indictment for using opprobrious words; from Walton superior court—Judge Fortson.  March 29, 1924.

*Orrin Roberts, H. H. Chandler,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.